**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1694

CURTIS B. FINK, SR.,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.   Dennis L. Howell,
Magistrate Judge.  (1:04-cv-00266)

Submitted: February 21, 2007        Decided:  March 15, 2007

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

V. Lamar Gudger, III, GUDGER & GUDGER, P.A., Asheville, North
Carolina, for Appellant.  Gretchen C. F. Shappert, United States
Attorney, Sidney P. Alexander, Assistant United States Attorney,
Rami M. Vanegas, Special Assistant United States Attorney, Robert
J. Triba, Chief Regional Counsel, Boston, Massachusetts, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis B. Fink, Sr., appeals the magistrate judge's order affirming the Commissioner's denial of disability insurance benefits and supplemental security income.* We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2000); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996). We have thoroughly reviewed the administrative record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. See Fink v. Barnhart, No. 1:04-cv-00266 (W.D.N.C. filed Apr. 18, 2006; entered Apr. 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

*The parties consented to jurisdiction of the magistrate judge. See 28 U.S.C. § 636(c) (2000).